# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) Gregory, Roger L. | 2. Court or Organization US Court of Appeals - 4th Cir. | 3. Date of Report 10/29/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |
| 7. Chambers or Office Address 1000 East Main Street Suite 212 Richmond, VA 23219-3517 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | ChildFund International |
| 2. | Trustee | University of Richmond |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 10/29/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ChildFund, Int'l | Feb. 25, 2013 - March 1, 2013 | Jakarta, Indonesia | Board Meeting | Travel, Lodging, Meals |
| 2. | University of Tennessee College of Law | Oct. 24, 2013 - Oct. 25, 2013 | Knoxville, TN | Moot Court Competition | Travel, Lodging, Meals |
| 3. | Saint Louis University School of Law | Nov. 14, 2013 - Nov. 15, 2013 | St. Louis, MO | Keynote Speaker | Travel, Lodging, Meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 10/29/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Financial National Bank | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 10/29/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suntrust Bank Interest Checking | A | Interest | J | T | | | | | |
| 2. Prudential Insurance Annuity | D | Dividend | L | T | | | | | |
| 3. Philip Morris Profit Sharing Plan (401K) | E | Dividend | | | Closed | 02/22/13 | O | | Rollover into IRA-no gain |
| 4. ManuLife Financial - Common Stock | B | Dividend | K | T | | | | | |
| 5. New York Life IRA - Fixed Annuity | A | Interest | J | T | | | | | |
| 6. RiverSource Life Insurance Company IRA Fixed | A | Interest | K | T | | | | | |
| 7. Consolidated Bank & Trust/Premier Bank | A | Interest | J | T | | | | | |
| 8. John Hancock Life Ins. - term & whole life policy | B | Dividend | L | T | | | | | |
| 9. New York Life Ins. Co. - term & whole life policy | A | Interest | J | T | | | | | |
| 10. Intel Corp. - Common Stock | A | Dividend | J | T | | | | | |
| 11. Call Federal Credit Union | | None | J | T | | | | | |
| 12. Metropolitan Life Control Accout | C | Interest | K | T | | | | | |
| 13. SunTrust Money Market Account | A | Interest | J | T | | | | | |
| 14. John Hancock Safe Access Account | A | Interest | J | T | | | | | |
| 15. Fidelity Mgmt. Trust Co.-IRA | | | | | Open | 02/22/13 | O | | Philip Morris, Inc. (401K) |
| 16. Fidelity Gov't Money Mkt. | A | Dividend | O | T | | | | | |
| 17. Altria Group, Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 10/29/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Kraft Foods Group, Inc. COM NPV | A | Dividend | J | T | | | | | |
| 19. Mondelez Int'l Inc. COM | A | Dividend | J | T | | | | | |
| 20. Philip Morris Int'l Inc. COM | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III. NON-INVESTMENT INCOME.

A. Filer's

Pursuant to § 102 of the Act, I have not received honoraria and/or non-ivestment income for 2012. Donation on my behalf has been made to a charitable organization. However, I did not receive income and/or derive financial benefit from the charitable organization. The contribution did not exceed $2000.00. 5 U.S.C. app § 501 (b) & (c).

The contribution was as follows:

August 28, 2013 - ▓▓▓▓ Church, ▓▓▓▓ - $200.00 Keynote Speaker

A confidential recipient list is reported under separate cover.

CORRECTIONS PURSUANT TO THE COMMITTEE'S OCTOBER 1, 2014 INQUIRY

IV. REIMBURSEMENTS - transportation, lodging, food, entertainment (amended 10/29/2014)

2. Following the FDR Revised February 2014 instructions, page 26, I am deleting line "2." because I am not required to report "reimbursements provided by the United States, the District of Columbia, or a state or local government or political subdivision thereof; required to be reported under 5 U.S.C. § 7342; or required to be reported under 2 U.S.C. § 434. Section 109(15)."

4. Id. at page 25, I am deleting line "4." because I am not required to report "food, lodging, transportation, and entertainment provided by a foreign government within a foreign country or by the United States, the District of Columbia, or a state or local government or political subdivision thereof; food and beverages not consumed in connection with a gift of overnight lodging. Section 109(5)."

VII. INVESTMENTS and TRUSTS - income, value, transactions (Includes ▓▓▓▓▓▓▓▓ ; see pp. 34-60 of filing instructions.) (amended 10/29/2014)

Pursuant to the Committee's October 1, 2014 inquiry, the previously listed asset, "Altria Group, Inc. Stock is now listed "individually" on Line 17 with the Altria stock held in the Fidelity IRA.

Pursuant to the Committee's October 1, 2014 inquiry, the previously listed asset, "Philip Morris Int'l Common Stocks," is now listed "individually" on Line 20 with the Philip Morris stock held in the Fidelity IRA.

Line 15: Pursuant to the October 1, 2014 letter from the Committee, I list "Fidelity Management Trust Co." (Fidelity), which is the custodian of the IRA account. I report that it was opened on February 22, 2013 with the funds rolled-over from the Philip Morris Profit Sharing Plan (401K). (See Lines 3 & 15). The Fidelity IRA's income and value is not listed en toto on Line 15 because I report the income and value of each stock and fund held in the IRA on Lines 16 through 20.

Line 16 through Line 20: I list the income and value for the individual stocks and funds held in the Fidelity IRA account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Roger L. Gregory**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544